**96–24.** State v. Davis. *Columbiana County*, No. 94CO12. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**96–26.** State v. Hill. *Franklin County*, No. 91AP–792. On motion for leave to file delayed appeal. Motion denied.

**96–55.** State v. Holmes. *Licking County*, No. 95CA61. On motion for appeal bond. Motion denied.

**96–63.** State v. Cooper. *Hamilton County*, No. C–870520. On motion for leave to file delayed appeal. Motion denied.

**96–99.** State v. Howell. *Warren County*, No. CA95–06–057. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson*, Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

**96–113.** Thompson v. Utomo. *Lucas County*, No. L–95–034. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 3 of the court of appeals' Decision and Judgment Entry, filed January 5, 1996:

"Upon consideration thereof, this court finds that our decision in this case is in conflict with the decisions in *Dion* and *Lynch* [*infra* ] on the issue of whether R.C. 3937.18 and the rule announced in [*State Farm Auto. Ins. Co. v.*] *Alexander* [ (1992), 62 Ohio St.3d 397, 583 N.E.2d 309] require that a wrongful death claimant who is a statutory beneficiary of the insured decedent be allowed to recover under the uninsured motorist provision of the policy even though such beneficiary is not a defined insured.

"On consideration whereof, this court finds appellant/cross-appellee's motion to certify well taken. This case is hereby ordered certified to the Supreme Court of Ohio as it is in conflict with *Dion v. State Farm Mut. Automobile Ins. Co.* (March 24, 1992), Defiance App. No. 4–91–14, unreported [1992 WL 63281], and *Lynch v. State Farm Mutual Automobile Ins. Co.* (March 21, 1994), Butler App. No. CA93–06–099, unreported [1994 WL 93163], as set forth above. It is so ordered."

*Sua sponte*, this cause is consolidated with 95–2509, *infra*.

**96–140.** State ex rel. Hines v. Ohio Parole Bd. Franklin County, No. 95APE05–623. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion to stay the judgment of the court of appeals entered December 6, 1995,

IT IS ORDERED by the court that the motion to stay the judgment be, and hereby is, granted, effective February 13, 1996, pending disposition of this cause in this court.

WRIGHT and PFEIFER, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**95–2189.** BCL Ent., Inc. v. State. *Franklin County*, No. 95APE02–224.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–2196.** Vahila v. Hall. *Stark County*, No. 94CA0184.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–2509.** Thompson v. Utomo. *Lucas County*, No. L–95–034. (Appeal by Thompson.)